# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH GIANNONE, SENIOR and : <br> JOSEPH GIANNONE, INC., t/a JOSEPH : <br> GIANNONE PLUMBING & HEATING, : <br>         Plaintiffs, : <br> : <br> v. : <br> : <br> JOSEPH GIANNONE, JUNIOR and : <br> JOSEPH GIANNONE HEATING & AIR : <br> CONDITIONING, INC., t/a JOSEPH : <br> GIANNONE PLUMBING ▪ HEATING ▪ AIR : <br> CONDITIONING, : <br>         Defendants. : | CIVIL ACTION <br> No. 16-911 |

## **ORDER**

This 22nd day of March, 2017, upon consideration of Plaintiffs' Motion to Strike Defendants' Motion to Dismiss, Plaintiffs' Motion is **GRANTED** and it is hereby **ORDERED** that Defendants' Motion to Dismiss shall be stricken and disregarded, and that Defendants shall file within 14 days an answer to Plaintiffs' Amended Complaint.

                                                                                       /s/ Gerald Austin McHugh
                                                                                    United States District Judge