# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH GIANNONE, SENIOR and JOSEPH GIANNONE, INC., t/a JOSEPH GIANNONE PLUMBING & HEATING, <br> Plaintiffs, <br> v. <br><br> JOSEPH GIANNONE, JUNIOR and JOSEPH GIANNONE HEATING & AIR CONDITIONING, INC., t/a JOSEPH GIANNONE PLUMBING • HEATING • AIR CONDITIONING, <br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br> No. 16-cv-911 |

## ORDER

This 18th day of December, 2019, for the reasons stated in the accompanying memorandum, Plaintiffs' Motion for Summary Judgment is **DENIED**.

                                                               /s/ Gerald Austin McHugh
                                                              United States District Judge